FILED
DECEMBER 13, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 7019

JUDGE ZAGEL
MAGISTRATE JUDGE SCHENKIER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN KRINGAS | ) | |
| | ) | |
| Plaintiff | ) | Case No. |
| | ) | Magistrate Judge: |
| V. | ) | Judge: |
| | ) | |
| ILLINOIS SECURITY SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

John Kringas, by his attorneys Keeley, Kuenn & Reid, states the following in support of his complaint against Illinois Security Services, Inc.

1. This action arises under the Fair Labor Standards Act ("FLSA"), U.S.C., Title 29, §216(b).

2. Defendant was at all times relevant to this action, an "employer" as defined under the FLSA.

3. Plaintiff was at all times relevant to this action an "employee" as defined under the FLSA.

4. During the period of time at least three years prior to commencement of this action, plaintiff was continuously employed by defendant in an enterprise engaged in commerce.

5. During the period of time at least three years prior to commencement of this action, defendant repeatedly employed plaintiff for work weeks longer than forty hours without compensating plaintiff for hours worked in excess of forty hours at a rate that was at least one and one-half times the regular rate at which plaintiff was employed.

6.     Defendant violated section 207 of the FLSA and is therefore liable to plaintiff for unpaid overtime compensation plus an additional equal amount as liquidated damages.

7.     Defendant knew or had reckless disregard for whether its conduct was prohibited by the FLSA and defendant's conduct was therefore in willful violation of the FLSA.

WHEREFORE, plaintiff prays entry of judgment against defendant:

A.     In an amount equal to the difference between compensation actually paid to plaintiff for hours worked in excess of forty hours on an weekly basis and compensation that should have been paid at one and one-half times the regular rate at which plaintiff was employed, and

B.     Liquidated damages in an amount equal to unpaid overtime compensation, and;

C.     Reasonable attorney's fees and costs of this action.

s/  Thomas E. Roche
Thomas E. Roche
Keeley Kuenn & Reid
150 North Wacker Dr., Suite 1100
Chicago, IL 60606
Tel. 312-782-1829
Fax 312-782-4868
ARDC No. 3122752

Consent to be Party Plaintiff

I, John Kringas, do hereby consent to be a party plaintiff to the foregoing action brought pursuant to the Fair Labor Standards Act against Illinois Security Services, Inc.

s/  John Kringas
JOHN KRINGAS