IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN KRINGAS, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 07 C 7019<br>Magistrate Judge Schenkier |
| ILLINOIS SECURITY SERVICES, INC., | ) ) | Judge James B. Zagel |
|     Defendant. | ) | |

## ANSWER TO COMPLAINT

NOW COMES Defendant, ILLINOIS SECURITY SERVICES, INC. ("ISS"), by and through its attorneys, STUART P. KRAUSKOPF, P.C. and MICHAEL A. SCHNITZER, and as and for its Answer to Plaintiff's, JOHN KRINGAS ("Kringas"), Complaint, states and alleges as follows:

1. This action arises under the Fair Labor Standards Act ("FLSA"), U.S.C., Title 29, §216(b).

**Answer**

ISS only admits that Plaintiff has filed this action alleging violations of the Fair Labor Standards Act ("FLSA"), but denies that there was a violation of FLSA in this case or that FLSA controls this action.

2. Defendant was at all times relevant to this action, an "employer" as defined under the FLSA.

**Answer**

ISS makes no answer to this paragraph as it contains a legal conclusion for which no answer is required.

3. Plaintiff was at all times relevant to this action an "employee" as defined under the FLSA.

**Answer**

ISS denies that Plaintiff was, at all relevant times, an "employee" as defined under the FLSA.

4. During the period of time at least three years prior to commencement of this action, Plaintiff was continuously employed by Defendant in an enterprise engaged in commerce.

**Answer**

ISS denies that Plaintiff was continuously employed by ISS during the period of time at least three years prior to commencement of this action. As its further Answer, ISS admits that, under the FLSA, it is an enterprise engaged in commerce

5. During the period of time at least three years prior to commencement of this action, Defendant repeatedly employed Plaintiff for work weeks longer than forty hours without compensating Plaintiff for hours worked in excess of forty hours at a rate that was at least one and one-half times the regular rate at which Plaintiff was employed.

**Answer**

ISS denies each and every allegation made in this Paragraph No. 5.

6. Defendant violated Section 207 of the FLSA and is therefore liable to Plaintiff for unpaid overtime compensation plus an additional equal amount as liquidated damages.

**Answer**

ISS denies each and every allegation made in this Paragraph No. 6.

7. Defendant knew or had reckless disregard for whether its conduct was prohibited by the FLSA and Defendant's conduct was therefore in willful violation of the FLSA.

**Answer**

ISS denies each and every allegation made in this Paragraph No. 7.

WHEREFORE, Defendant, ILLINOIS SECURITY SERVICES, INC., respectfully requests this Honorable Court for the entry of an Order in its favor and against Complainant JOHN KRINGAS and for any other relief which this Court deems just and reasonable.

> Respectfully submitted,
>
> ILLINOIS SECURITY SERVICES, INC.,
> Defendant,
>
> By: ___/s/ Stuart P. Krauskopf___
> 　　　One of Its Attorneys

Stuart P. Krauskopf, Esq.
Michael A. Schnitzer, Esq.
The Law Offices of Stuart P. Krauskopf, P.C.
30 North LaSalle Street, Suite 3124
Chicago, IL  60602
312-377-9592
Atty. No. 41590

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the following statements set forth in this instrument are true and correct: that I caused to be served the attached "**Answer to Complaint**" to all parties of record via the U.S. District Court's Electronic Filing System and/or by regular U.S. Mail, as indicated below, to the following on the   14th   day of   February  , 2008 before the hour of 6:00 p.m.:

    Thomas E. Roche, Esq.
    Keeley, Kuenn & Reid
    150 North Wacker Drive, Suite 1100
    Chicago, IL   60606
    troche@kkrlaw.com


                                                 /s/ Stuart P. Krauskopf


Stuart P. Krauskopf, Esq.
Michael A. Schnitzer, Esq.
The Law Offices of Stuart P. Krauskopf, P.C.
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
(312) 377-9592
Atty. No:  41590